Mesfin KETEMA, Plaintiff—Appellant,

v.

MIDWEST STAMPING, INCORPORATED; Terry Judy; Tedd Baldwin; Cynthia Thompson; Kimdra Belser, Defendants—Appellees.

No. 03–2251.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 14, 2004.

Decided Feb. 23, 2004.

Mesfin Ketema, Appellant pro se.

Derwood Lorraine Aydlette, III, Christina Marie Summer, Gignilliat, Savitz & Bettis, Columbia, South Carolina; Kenneth R. Young, Jr., Sumter, South Carolina, for Appellees.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Mesfin Ketema seeks to appeal the district court's orders denying Ketema's motions for sanctions, removal of the magis-

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2000).

trate judge and subpoenas. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Ketema seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We also deny all of Ketema's pending motions, including his motions for an injunction, to join parties, to expedite, to join claims, and for en banc review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*